| | |
|---|---|
| 1 | MATTHEW J. FINK (*pro hac vice*) |
|   |   E-Mail: mfink@bcnlaw.com |
| 2 | CHARLES A. HAFNER (*pro hac vice*) |
|   |   E-Mail: chafner@bcnlaw.com |
| 3 | **BATES CAREY NICOLAIDES LLP** |
|   | 191 N. Wacker Drive, Suite 2400 |
| 4 | Chicago, Illinois 60606 |
|   | Telephone:  (312) 762-3100 |
| 5 | Facsimile:   (312) 762-3200 |
| 6 | |
|   | Attorneys for Plaintiff and Counter-Defendant |
| 7 | American Home Assurance Company |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| **AMERICAN HOME ASSURANCE COMPANY**, | CASE NO. CV 10 4982 MEJ |
|   Plaintiff/Counter-Defendant, | **[DRAFT]** ORDER CONTINUING HEARING ON DISPOSITIVE MOTIONS TO MARCH 1, 2012 AT 10:00 A.M. |
| v. | |
| **GOLDEN EAGLE INSURANCE CORPORATION** and **EXECUTIVE RISK INDEMNITY INC.**, | |
|   Defendants/Counter-Plaintiffs. | |
| **EXECUTIVE RISK INDEMNITY INC.**, | Date:         March 1, 2012 |
|   Cross-Claimant, | Time:         10:00 a.m. |
|   | Courtroom: B |
| v. | |
| **GOLDEN EAGLE INSURANCE CORPORATION**, | Trial Date: 6/11/2012 |
|   Cross-Defendant. | |

Pursuant to the stipulation of the parties, the Court hereby VACATES the [39] Clerk's Order of January 17, 2012 continuing the previously-scheduled hearing date on the parties' dispositive motions to February 16, 2012, and hereby continues the hearing on [36] Defendant Golden Eagle's Motion for Partial Summary Judgment, and [38] Plaintiff American Home's Motion for Summary Judgment to Thursday, March 1, 2012 at 10:00 AM in Courtroom B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco.

Case No.  CV 10-4982 MEJ

1
2      **IT IS SO ORDERED.**
3
   **Dated:** January  18, 2012
4
5                                                   _____
                                                    Maria-Elena James
6                                                   Chief United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
                                         -2-                          Case No.  CV 10-4982 MEJ
           [Draft] Order Continuing Hearing on Dispositive Motions to March 1, 2012