1  MATTHEW J. FINK (*pro hac vice*)
   E-Mail: mfink@bcnlaw.com
2  CHARLES A. HAFNER (*pro hac vice*)
   E-Mail: chafner@bcnlaw.com
3  **BATES CAREY NICOLAIDES LLP**
   191 N. Wacker Drive, Suite 2400
4  Chicago, Illinois 60606
   Telephone:  (312) 762-3100
5  Facsimile:   (312) 762-3200

6  Attorneys for Plaintiff and Counter-Defendant
   American Home Assurance Company
7

8                   UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION

| | |
|---|---|
| **AMERICAN HOME ASSURANCE COMPANY**,<br>          Plaintiff/Counter-Defendant,<br>v.<br>**GOLDEN EAGLE INSURANCE CORPORATION** and **EXECUTIVE RISK INDEMNITY INC.**,<br>          Defendants/Counter-Plaintiffs. | CASE NO. CV 10 4982 MEJ<br><br>**[DRAFT]** ORDER CONTINUING HEARING ON DISPOSITIVE MOTIONS TO MARCH 1, 2012 AT 10:00 A.M. |
| **EXECUTIVE RISK INDEMNITY INC.**,<br>          Cross-Claimant,<br>v.<br>**GOLDEN EAGLE INSURANCE CORPORATION**,<br>          Cross-Defendant. | Date:        March 1, 2012<br>Time:         10:00 a.m.<br>Courtroom: B<br><br>Trial Date: 6/11/2012 |

Pursuant to the stipulation of the parties, the Court hereby VACATES the [39] Clerk's Order of January 17, 2012 continuing the previously-scheduled hearing date on the parties' dispositive motions to February 16, 2012, and hereby continues the hearing on [36] Defendant Golden Eagle's Motion for Partial Summary Judgment, and [38] Plaintiff American Home's Motion for Summary Judgment to Thursday, March 1, 2012 at 10:00 AM in Courtroom B, 15th Floor of the Federal Building, located at 450 Golden Gate Avenue, San Francisco.

1
2       **IT IS SO ORDERED.**
3
    **Dated:** January  18, 2012
4
5                                              _____
6                                              Maria-Elena James
                                               Chief United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                              -2-                    Case No.  CV 10-4982 MEJ

[Draft] Order Continuing Hearing on Dispositive Motions to March 1, 2012